UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **)** | CASE NO. CR24-203 RAJ |
| Plaintiff, | **)** | |
| | **)** | |
| v. | **)** | DETENTION ORDER |
| | **)** | |
| TONY SAMOUN, | **)** | |
| | **)** | |
| Defendant. | **)** | |
| | **)** | |

Offenses charged:

1. Possession of Controlled Substances with Intent to Distribute

2. Unlawful Possession of a Firearm

3. Unlawful Possession of Silencers

Date of Detention Hearing:    January 29th, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

01       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

02       1.    Defendant has been charged with a drug offense, the maximum penalty of which

03 is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

04 both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

05       2.    Defendant has a continuing criminal history in excess of 25 years, involving

06 convictions for firearms and controlled substances, as well as a history of failures to appear.

07 There is no release plan in place.   Defendant does not contest detention at this time.

08       4.    There does not appear to be any condition or combination of conditions that will

09 reasonably assure the defendant's appearance at future Court hearings while addressing the

10 danger to other persons or the community.

11

12 It is therefore ORDERED:

13 1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

14     General for confinement in a correction facility separate, to the extent practicable, from

15     persons awaiting or serving sentences or being held in custody pending appeal;

16 2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

17 3.  On order of the United States or on request of an attorney for the Government, the person

18     in charge of the corrections facility in which defendant is confined shall deliver the

19     defendant to a United States Marshal for the purpose of an appearance in connection with a

20     court proceeding; and

21 4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

22     the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

01    Officer.

02        DATED this 29th day of January, 2025.

03                                    _____
04                                    S. KATE VAUGHAN
                                      United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3