1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

TONY SAMOUN,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

No. 2:24-cr-00203-RAJ

ORDER GRANTING MOTION TO
EXTEND PRETRIAL MOTIONS
DEADLINE

     THE COURT has considered Defendant Tony Samoun's unopposed motion to extend the pretrial motions deadline and the records in this case.  Finding good cause,

     IT IS ORDERED that the motion (Dkt. 27) is GRANTED.  All pretrial motions, including motions in limine, shall be filed no later than December 19, 2025.

     DATED this 9th day of December, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO EXTEND
PRETRIAL MOTIONS DEADLINE
(*United States v. Samoun*, No. CR24-00203-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**