Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) No. 2:24-cr-000203-RAJ
                                                    )
                    Plaintiff,              )
                                                    ) ORDER GRANTING MOTION
        v.                                       ) TO WITHDRAW AS COUNSEL
                                                    )
TONY SAMOUN,                          )
                                                    )
                    Defendant.          )
                                                    )

THE COURT has considered the motion to withdraw as counsel for Tony Samoun and for appointment of new CJA counsel, the accompanying declaration, and the records in this case.

IT IS ORDERED that Assistant Federal Public Defender Jesse Cantor is permitted to withdraw as defense counsel in this matter and that new counsel from the CJA Panel shall be appointed to represent Mr. Samoun on appeal.

DATED this 21st day of April, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL
(*United States v. Samoun*, No. 2:24-cr-00203-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**